IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AUGUSTA NATIONAL, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 119-043 |
| JOHN SPENCER MANN d/b/a EXPERIENCE AUGUSTA, LLC, | * | |
| Defendant. | * | |

O R D E R

Before the Court is the Parties' motion (Doc. 10) to enter as an order of this Court their Consent Order for a Permanent Injunction (Doc. 10-1). Upon due consideration, the Court **GRANTS** the motion and **HEREBY ORDERS** that the Consent Order for a Permanent Injunction, attached hereto, **SHALL** constitute a final judgment in this matter. The Court **DIRECTS** the Clerk to terminate all pending hearings, motions, and deadlines, and **ADMINISTRATIVELY CLOSE** this case. As reflected in the attached Consent Order, within one year from the date of this Order, either Party may request that the Court open this case. If administratively closed at the expiration of that time, the Clerk **SHALL** close this case. This Court shall retain jurisdiction over this matter and the Parties as may be necessary to enforce the terms of the Consent Order for a Permanent Injunction.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA